```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 31510
   BRIAN M SHEEHAN
   KELLY J SHEEHAN                                  CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
              Debtor
   SSN XXX-XX-6982      SSN XXX-XX-5413


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/25/04 and confirmed on 11/24/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   6496.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
FIRST UNITED BANK        CURRENT MORTG         .00            .00          .00
WELLS FARGO BANK         SECURED               .00            .00          .00
HARRIS BANK CONSUMER LOA SECURED               .00            .00          .00
ECAST SETTLEMENT CORP    SECURED            300.00           9.68       300.00
GE MONEY BANK            SECURED            300.00          12.51       300.00
ECAST SETTLEMENT CORP    UNSECURED         1142.22            .00       161.67
GE MONEY BANK            UNSECURED         NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC UNSECURED         8079.77            .00      1143.62
KOHLS                    UNSECURED          231.16            .00        32.72
RESURGENT CAPITAL SERVIC UNSECURED         5474.20            .00       774.82
ECAST SETTLEMENT CORPORA UNSECURED         6919.43            .00       979.38
DISCOVER BANK            UNSECURED         5978.32            .00       846.18
FIA CARD SERVICES        UNSECURED         NOT FILED          .00          .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED          .00          .00
TRUSTMARK RECOVERY SRV   UNSECURED         NOT FILED          .00          .00
TRUSTMARK RECOVERY SRV   UNSECURED         NOT FILED          .00          .00
             Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  600.00         .00       27825.10        .00       28425.10
PRINCIPAL PAID      600.00         .00        3938.39        .00        4538.39
INTEREST PAID        22.19         .00            .00        .00           22.19
TOTAL PAID          622.19         .00        3938.39        .00        4560.58
The Debtor's attorney, MARTIN J OHEARN              , was allowed $    2200.00
and was paid $    500.00   direct and $   1700.00   through the plan.

The Trustee received $     231.42 .

Refunds to the Debtor totaled $       4.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 04 B 31510 BRIAN M SHEEHAN & KELLY J SHEEHAN